## MOTION DOCKET

**92–2345.** Charter Oak Fed. Savings Bank v. Salaam. *Hamilton County,* No. C–910760. On motion to reconsider denial of stay. Motion denied.

**92–2524 and 92–2586.** Cleveland Elec. Illum. Co. v. Cleveland. *Cuyahoga County,* Nos. 60930 and 60943. On joint motion for stay. Joint motion granted and ninety days allowed.

DOUGLAS, J., would grant, but for sixty days only.

RESNICK, J., dissents.

F.E. SWEENEY, J., not participating.

**93–374.** Almanza v. Kohlhorst. *Henry County,* No. 7–92–5. On notice of bankruptcy and automatic stay. Stay granted.

**93–459.** State ex rel. Tracy v. Franklin Cty. Court of Common Pleas. In Prohibition. On motion to expedite and on motion for leave to intervene or alternatively to participate as *amicus.* Motion for leave to intervene granted.

RESNICK, J., would grant the motion to expedite, deny the motion for leave to intervene, and grant leave to participate as an *amicus.*

## DISCIPLINARY DOCKET

**93–572.** In re Burtt. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Douglas Allen Burtt of Tiffin, Ohio, Attorney Registration No. 0006356, is indefinitely suspended from the practice of law.

**93–625.** In re Smith. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Robert Smith III of Warrensville Heights, Ohio, Attorney Registration No. 0025381, is indefinitely suspended from the practice of law.

### *Thursday, April 8, 1993*
## MOTION DOCKET

**93–587.** State ex rel. The Limited, Inc. v. Franklin Cty. Bd. of Elections. In Mandamus or Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus or, in the alternative, prohibition, regarding an expedited election matter. Upon consideration of the motion of Saddlebrook Civic Assn. et al. for an extension of time to file their merit brief,

IT IS ORDERED by the court that said motion for extension of time is granted, effective April 7, 1993, and the merit brief is due on or before April 8, 1993.

MOYER, C.J., WRIGHT and RESNICK, JJ., not participating.

Upon consideration of the motion to intervene as respondents or, in the alternative, to file brief *amicus curiae* by the Saddlebrook Civic Assn. et al.,

IT IS ORDERED by the court that said motion to intervene be, and the same is hereby, granted, effective April 7, 1993.

MOYER, C.J., WRIGHT and RESNICK, JJ., not participating.